# EXHIBIT D

LITTLER MENDELSON
A Professional Corporation
Attorneys for Petitioner
    PLS Financial Services, Inc.
900 Third Avenue,
New York, NY  10022
212.583.9600
(4197927)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLS FINANCIAL SERVICES, INC.,

        Petitioner,

-against-

JESENA ABREU SOLIMAN,

        Respondent.

Civil Action No.

**ATTORNEY DECLARATION**

I, Ines Monte, hereby declare and state under penalty of perjury:

1.  I am an attorney with the law firm of Littler Mendelson, P.C., the attorneys for Petitioner PLS Financial Services, Inc.  I represent the Petitioner in the above captioned matter.  This declaration is submitted in support of Petitioner's Motion to Compel Arbitration.

2.  On October 25, 2018, Respondent, Jesena Abreu Soliman, through her counsel Mark Gaylord, filed a civil action in the Supreme Court of the State of New York, County of New York, titled *Jesena Soliman, on behalf of herself and all others similarly situated against PLS Check Cashers of New York, Inc.*, Index No. 159898-2018 (the "Action").  *See* Petition to Compel, **Exhibit A**.  In the Action, Soliman asserted putative class claims, even though she was contractually bound to submit all claims regarding her employment to binding arbitration on an *individual* basis.  Soliman's arbitration agreement requires that the claims Soliman has brought in the Action be submitted to arbitration on an individual basis. *See* Petition to Compel, **Exhibit B**.

3. Because Soliman's claims should have been brought solely on an individual basis and through arbitration, I asked Soliman's counsel to withdraw the state court putative class action complaint and proceed with a demand for arbitration on an individual basis. Soliman refused. On January 23, 2019, as an alternative, I emailed Respondent's attorney, Mark Gaylord, to request that the parties stipulate to stay the state action pending arbitration of Soliman's *individual* claim provided that Soliman also stipulated that the class allegations in the pending state action be stricken or withdrawn with prejudice.

4. On January 28, 2019, Mr. Gaylord responded by declining to stipulate that the class allegations in the pending state action be stricken or withdrawn with prejudice because Respondent believed "that the law in New York requires notification to the putative class of the arbitration's resolution". *See attached* **Exhibit 1**.

Date: February 14, 2019
Chicago, Illinois

*Ines Monte*
Ines Monte (ARDC #623995) *pro hac vice*
application to be filed

Eric D. Witkin
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Petitioner
  PLS Financial Services, Inc.

FIRMWIDE:162469299.1 090114.1063

# EXHIBIT 1

# Monte, Ines M.

| | |
|---|---|
| **From:** | Mark Gaylord <mark@bglawny.com> |
| **Sent:** | Monday, January 28, 2019 10:39 AM |
| **To:** | Monte, Ines M. |
| **Subject:** | Re: Jesena A. Soliman v. PLS Check Cashers of New York, Inc. |

Hi Ines,

As we had briefly discussed when you first reached out to our office, we believe that the law in New York requires notification to the putative class of the arbitration's resolution. To the extent that we would like to move this case forward, we are willing to stipulate to the arbitration and to stay the case.

Regards,

Mark Gaylord, Esq.
Bouklas Gaylord LLP
400 Jericho Turnpike, Suite 226
Jericho, NY 11753
(516) 742-4949
(516) 742-1977 - fax
mark@bglawny.com

 Virus-free. www.avast.com

On Wed, Jan 23, 2019 at 11:22 AM Monte, Ines M. <IMonte@littler.com> wrote:

> Hi Mark,
>
> As an alternative to the request that your client withdraw her putative class action complaint because it was filed in contravention of the parties' Arbitration Agreement (which strictly prohibits class claims), we are willing to stipulate to stay the state case pending arbitration of Ms. Soliman's individual claim provided that the stipulation also includes a provision that Ms. Soliman has agreed to strike or withdraw with prejudice the class allegations in the pending state action.
>
> Let me know whether we have an agreement.  I will prepare the necessary stipulation and forward it to you as soon as possible.
>
> Thanks,

Ines

**Ines Monte,** Attorney At Law

312.846.7048 direct   312.275.7377 fax   IMonte@littler.com
321 North Clark Street, Suite 1000 | Chicago, IL 60654

 | littler.com
Employment & Labor Law Solutions Worldwide

---

**From:** Monte, Ines M.
**Sent:** Monday, January 14, 2019 3:55 PM
**To:** 'Mark Gaylord'
**Subject:** RE: Jesena A. Soliman v. PLS Check Cashers of New York, Inc.

As an FYI- I'm concerned here because you've stated that you believe the state court would retain jurisdiction for notice to the purported class.  I disagree with that view.

**Ines Monte,** Attorney At Law

312.846.7048 direct   312.275.7377 fax   IMonte@littler.com
321 North Clark Street, Suite 1000 | Chicago, IL 60654