

**Littler Mendelson, P.C.**
321 North Clark Street
Suite 1000
Chicago, IL 60654

Ines M. Monte
312.846.7048 direct
312.372.5520 main
312.275.7377 fax
imonte@littler.com

April 29, 2019

**VIA ECF**

Hon. John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *PLS Financial Services, Inc. v. Jesena Abreu Soliman, et al.*
Case No. 1:19-CV-1443

Dear Judge Koeltl:

I represent the Petition in the above-referenced matter. I write to request permission to file the Reply Brief in support of our Petition to Compel that is due today in excess of 2800 words. Based on the nature of the new arguments raised in Respondent's response in opposition, we would ask that we be permitted to file a reply brief not to exceed 3600 words.

Thank you for your consideration in this regard.

Sincerely,

/s/ Ines M. Monte

Ines M. Monte
IMM/tg

cc:     All counsel of record via ECF

littler.com